UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-22438-CIV-WILLIAMS

JOSE ANTONIO RUIZ BURGOS,

    Plaintiff/Appellant,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant/Appellee.
_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendation (DE 24) on the cross motions for summary judgment (DE 21; DE 22). In the Report, Magistrate Judge Torres Recommended Defendant's Motion be GRANTED, Plaintiff's motion be DENIED, and the judgment AFFIRMED. Plaintiff filed objections to the Report. (DE 25.) The Court has conducted a *de novo* review.

Having carefully reviewed the Report, the objections, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 24) is **AFFIRMED AND ADOPTED**.
2. Defendant's Motion for Summary Judgment (DE 22) is **GRANTED**.
3. Plaintiff's Motion for Summary Judgment (DE 21) is **DENIED**.
4. The Judgment is **AFFIRMED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 31st day of March, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE